# United States Court of Appeals
### For the Eighth Circuit

_____

No. 18-2719
_____

United States of America

*Plaintiff - Appellee*

v.

Arthur Dale Senty-Haugen

*Defendant - Appellant*

_____

Appeal from United States District Court
for the District of Minnesota

_____

Submitted: June 10, 2019
Filed: July 22, 2019
[Unpublished]

_____

Before GRUENDER, ARNOLD, and STRAS, Circuit Judges.

_____

PER CURIAM.

While civilly committed in the Minnesota Sex Offender Program, Arthur Senty-Haugen got caught running a fraudulent tax-refund scheme. He pleaded guilty to

conspiring to defraud the United States, *see* 18 U.S.C. § 286, and the district court[1] sentenced him to ten years in federal prison. On appeal, Senty-Haugen maintains the district court erred by ordering him into the custody of the Federal Bureau of Prisons rather than returning him to state custody.

We have previously explained that arguments concerning a prisoner's "place of confinement challenges the execution of his federal sentence, not its validity or legality," so Senty-Haugen's proper avenue for relief, if any, is through a petition under 28 U.S.C. § 2241 after he has exhausted his remedies with the Bureau of Prisons. *See United States v. Sims*, 51 F. App'x 1002, 1003 (8th Cir. 2002) (unpublished per curiam).

Senty-Haugen also challenges "on an *Anders* basis," *see Anders v. California*, 386 U.S. 738 (1967), the district court's denial of a motion to suppress evidence obtained against him. After reviewing the record and arguments, we find this contention meritless. *See United States v. Meeks*, 639 F.3d 522, 528–29, 528 n.2 (8th Cir. 2011).

Affirmed.

_____

[1] The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota.